

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 23, 2024.**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 23-70156-SMR |
| IRONCLAD PRESSURE CONTROL, LLC, | § § § § | |
| DEBTOR. | § | CHAPTER 11 SUBCHAPTER V |

| | | |
|---|---|---|
| IRONCLAD PRESSURE CONTROL LLC, | § § § | |
| PLAINTIFF | § § § | |
| v. | § § | ADV. PROC. NO. 24-07002 |
| C & W INTERNATIONAL FABRICATORS, LLC, | § § § § | |
| DEFENDANTS | § | |

**AMENDED ORDER APPROVING AMENDED AGREED SCHEDULING ORDER**

On April 22, 2024, the Court considered C&W International Fabricators, LLC's Motion for Entry of Amended Agreed Scheduling Order (the "Motion" at ECF No. 15). The Motion is hereby **APPROVED.** The Court hereby **ORDERS** this Agreed Scheduling Order as follows:

**May 29, 2024**     DISCLOSURES: The parties shall file and serve their Rule 26(a)(1)

| | |
|---|---|
| | Disclosures by this date. |
| **June 4 2024** | JOINDER: All parties must be added and served, whether by amendment or third-party practice, by this date: THE PARTY CAUSING JOINDER SHALL PROVIDE A COPY OF THIS SCHEDULING ORDER AT THE TIME OF SERVICE. |
| **June 11, 2024** | MEDIATION DEADLINE: The parties shall select a mediator and conduct mediation by this date. |
| **June 28, 2024** | DISCOVERY SHALL CONCLUDE: All fact witness depositions shall be taken on or before this date and all written discovery requests must be served so that responses are due by this date. Any deposition noticed for a date after July 29, 2024 and all written discovery requests served after June 29, 2024 shall not be permitted except by agreement of the parties or permission by the Court upon showing of good cause. An example of good cause might be where a party is able to demonstrate issues arising out of newly discovered information (*e.g.*, information discovered through documents produced after June 29, 2024). |
| **July 12, 2024** | EXPERT WITNESS DESIGNATIONS AND REPORTS: The parties shall list each expert's name, address and topics of the witnesses' testimony as well as provide all reports to the opposing party by this date. |
| **August 12, 2024** | REBUTTAL EXPERT WITNESS DESIGNATIONS AND REPORTS: The parties shall list each rebuttal expert's name, address and topics of the witnesses' testimony, as well as provide all reports to the opposing party by this date. |
| **August 26, 2024** | DEADLINE TO DEPOSE EXPERT WITNESSES: All expert witness depositions shall be taken on or before this date. |
| **August 30, 2024** | MOTIONS FOR SUMMARY JUDGMENT: All motions for summary judgment shall be filed by this date. |
| **September 11, 2024** | WITNESS AND EXHIBIT LISTS: The parties shall file and exchange lists of witnesses and exhibits for trial. This list shall designate whether the witnesses will be called live or by deposition. Each exhibit shall be marked with an exhibit label, except for impeachment documents. Exhibits shall be exchanged between the parties. |
| **September 20, 2024** | HEARING ON DISPOSITIVE MOTIONS: The hearing on all motions for summary judgment will be held by or on this date. |
| **October 11, 2024** | PRETRIAL ORDER FILING: Pretrial Order in compliance with Local Bankruptcy Court Rule 7016 to be filed and served. |

**October 11, 2024**  FINDINGS: Proposed Findings of Fact and Conclusions of Law are to be filed and served.

**October 11, 2024**  TRIAL BRIEFS: Trial Briefs are to be filed and served.

**October 16, 2024**  DOCKET CALL: Trial will be held at 9:30 a.m. The location will be at Courtroom 1 at the Homer J. Thornberry Federal Judicial Bldg., 903 San Jacinto Blvd., Austin, Texas 78701.

**IT IS FURTHER ORDERED THAT**:

A. Except as modified by this Order, all documents filed or exchanged will comply with the applicable bankruptcy rules of procedure and the local rules of the Western District of Texas.

B. Lead trial counsel are responsible for preparing the Pretrial Order. The Pretrial Order shall govern the conduct of the trial. In order to confer on the Pretrial Order, all lead trial counsel shall participate in the face-to-face meeting or telephone conference. All counsel who do not attend this conference shall be assumed to have accepted the Pretrial Order as submitted.

C. On or before October 11, 2024 counsel shall confer and submit to the Court a Trial Procedures Order that addresses the following items:

(1) the marking of exhibits for trial;

(2) designations of transcripts, if any;

(3) objections to exhibits and/or designated transcripts;

(4) notice of testifying witnesses; and

(5) any other matters that will facilitate the trial of this case.

**IT IS FURTHER ORDERED THAT** with respect to the deadlines set forth in the paragraphs above of this Order, they may be extended only by agreement of the parties or Court Order.

# # #